■ PETER D. DENZ, Appellant, v FIREMAN'S FUND INSURANCE COMPANIES et al., Respondents.—Order unanimously affirmed without costs for reasons stated at Special Term, Forma, J. (Appeal from order of Supreme Court, Erie County,

Forma, J.—dismiss complaint.) Present—Dillon, P. J., Boomer, Green, Lawton and Davis, JJ.